In the Matter of the Arbitration between MURRAY LEWIS, Appellant, and HOBBS-TAILLEURS, INC., Respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. CAULDWELL-WINGATE COMPANY, INC., Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

GRAFTON FILMS, INC., Appellant, v. LOEW'S INCORPORATED, Respondent.— Present — Martin, P. J., Glennon, Dore and Cohn, JJ.

JASPER, LYNCH & FISHEL, INC., et al., v. FRIEDA FINGERHOOD et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of WICKWIRE SPENCER STEEL COMPANY v. KEMKIT SCIENTIFIC CORPORATION. GEORGE F. PICKEN, as Trustee in Bankruptcy of Judgment Debtor.— Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

DOMESTIC DRYER CORPORATION v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. LOUIS HALLE; BROOKLYN UNION GAS COMPANY.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

OSCAR DIEM et al. v. DONALD ADAMS, an Infant, by HARRY A. ADAMS, His Guardian ad Litem. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MICHAEL KERNER v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK et al., Impleaded With Another.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ALBERT E. McKENZIE, as Trustee in Bankruptcy of GRAVES-QUINN CORPORATION, v. IRVING TRUST COMPANY.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Estate of SOPHIA L. CAULDWELL, Deceased. STATE TAX COMMISSION; CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor and Trustee.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CLARA H. WAGNER v. FERDINAND HARMS et al., Impleaded with BICKFORD'S INC. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BERNARD ABRAMS et al. v. THEODORE F. ALLEN et al., Impleaded with JAMES G. BLAINE et al. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.